IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER STURDIVANT,

Plaintiff,

v.

AUTOZONE PARTS, INC.,

Defendant.

Case No. 15-cv-1324 JPG/DGW

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: August 4, 2016**            JUSTINE FLANAGAN, Acting Clerk of Court

*s/Tina Gray*, **Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**